83,825-01

**Emmanuel Kofi Agbakpe**
P.O. Box 2381, Houston, TX 77252
Phone: (832) 326-3395
Email: kofi.agbakpe@gmail.com

November 13, 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station, Austin, TX 78711

Honorable Abel Acosta, Clerk

## RE:   AGBAKPE, EMMANUEL TR. Ct. 12-03-03449-CR(1)  WR-83,825-01

Please find attached my sworn statement in response to the Court's dismissal, **in error**, of my application for a writ of habeas corpus. Kindly file and bring same to the attention of the Court. Also, I would highly appreciate your acknowledgement.

Thanking you, I remain

Yours very truly

RECEIVED IN
COURT OF CRIMINAL AF ~ALS

NOV 16 2015

Abel Acosta, Clerk

Emmanuel Kofi Agbakpe

P.O. Box 2381
Houston, TX 77252

| EX PARTE | § | IN THE |
|---|---|---|
| | § | COURT OF CRIMINAL |
| EMMANUEL KOFI AGBAKPE | § | APPEALS OF TEXAS |
| (Applicant) | § | |

## STATEMENT IN RESPOSE TO NOTICE OF DISMISAL

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW **EMMANUEL KOFI AGBAKPE**, Applicant in the above cause, acting pro se, and files this STATEMENT IN RESPONSE TO NOTICE OF DISMISAL of his heretofore filed Application for a writ of habeas corpus, and in support thereof, being duly sworn on oath, depose and say that:

1. Applicant received an official notice from the Court of Criminal Appeals of Texas showing that Applicant's "application for writ of habeas corpus was dismissed without written order for non-compliance with Texas Rules of Appellate Procedure 73.1 stating: "Specifically, applicant has filed a computer generated memorandum that does not include a certificate stating the number of words in the document."

2. Applicant affirms that his computer generated memorandum of law in support of his application for writ of habeas corpus **did include** a certificate (properly signed and dated 3/26/2015) on page "roman-numbered x", directly on top of page 1, and following the tables of contents and authorities on pages roman-numbered i - ix. The said certificate states "As required by Texas Rule of Appellate Procedure 73.1(f), I certify that  the number of words in this

Page 1

document, excluding appendices, exhibits, cover page, table of contents, table of authorities, and this certificate of compliance is 14,999." Copy attached.

3. Therefore, Applicant argues that the Court's dismissal of his application for a writ of habeas corpus was in error and prays the Court to take another look and grant the reliefs sought.

**Respectfully Submitted**

**EMMANUEL KOFI AGBAKPE**

(Applicant Pro Se)

**P.O. Box 2381**

**Houston, TX 77252**

# AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared **Emmanuel Kofi Agbakpe**, being duly sworn and under oath, hereby deposed and stated:

My name is **Emmanuel Kofi Agbakpe**. I am the Applicant in the above cause and I know the content of the foregoing statement in response to notice of dismissal and swear that all the facts stated therein are true.

**EMMANUEL KOFI AGBAKPE**

(Applicant Pro Se)

**P.O. Box 2381**

**Houston, TX 77252**

Subscribed and sworn to before me on the ___13th___ day of ___November___, 2015.

TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016

**Notary Public**

Page 3

## Certificate of Compliance

As required by Texas Rule of Appellate Procedure 73.1(f), I certify that the number of words in this document, excluding appendices, exhibits, cover page, table of contents, table of authorities, and this certificate of compliance is 14,999.

**EMMANUEL KOFI AGBAKPE**

(Applicant Pro Se)

**P.O. Box 2381**
**Houston, TX 77252**

3 / 26 / 2015

Date

X